SHORT RECORD
24-2039
Filed 06/18/2024

IN THE UNITED STATED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLNOIS
EASTERN DIVISION

FILED
JUN 17 2024
JUN 17 2024 TG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ZHENGDAO ZHAN, | |
| PLAINTIFF | |
| | NO: 24-CV-2688 |
| v. | JUDGE Jeffrey L. Cummings |
| COOK COUNTY PROPERTY TAS SPECIALISTS | |
| **Defendants** | |

# APPERL

THE: reason:(1)
- The first one [1] is that they use my low income as a reason for being 'absolutely poor', which means that I don't need to pay court fees to apply for a civil case to be heard in the Federal Court. You should know that my current income meets the application requirements and I am physically disabled and

- partially paralyzed. According to the Federal Court's charter, I am legal. They raised an objection to refute the hearing of this case, saying that it is illegal. I 'object' to this and ask for the case to continue to be heard in accordance with legal procedures. Why? This case is divided into three [3] parts. This case spans too long, and it was only this year that I received the defendant's admission that in 2001, I had prepaid one million US dollars in my local tax account. I have been arguing with them for many years and they have refused to admit that there was a prepaid million US dollars in my local tax account. In 2001,

/

- they again argued with me in this Federal Court and proposed to use 'biting' and 'Asian Cup' methods to resolve this dispute, and offered a bet of 300 million US dollars to whoever wins, and this million-dollar case will also end. But I won the game. The case number of the federal court was U-13-276 and U-13-276-739. But they refused to admit defeat. Driven by greed and under the guidance of their facilitator jim Zhan they started to fight me again in the South Africa World Cup and wanted to regain the total of 1.2 trillion yuan lost in previous failures. But they had no cash.
- With the help of former President Obama, Illinois IRA, and current US Treasury Secretary Walen (former COOKCOUNTY land tax director), they jointly signed a 1.2 trillion bet and added a statement:
- to put the Illinois and COOKCOUNTY land funds on the world gambling field. But I won the game. In this case, it is also easy to hear and understand, and it is divided into [3] parts, that is, events happened at different times, the same issue.

THE: Reason: (2)

- The court found this kind of regulations as legal evidence to cancel the case. It seems: their approach is really ridiculous, and there is no such argument at all. I am a US resident who has lived here for more than 30 years, and I am in There are often lawsuits being tried in the Lianbang Court. Some of the lawsuits have already been processed for dozens of times and have not yet been concluded. How can it be said that the court cannot determine it. How can it be said that there is no factual basis? It is so ridiculous.

- The court case has been pending for more than 20 years and has not yet been concluded. The case was that the Citi Bank Loan Company instigated its staff to steal the check and cash it. I found it and later appealed to the US Supreme Court. The court ordered Citi Loan Company to close down, and the US Supreme Court ordered its company to settle with Lasell Bank (its major shareholder is the People's Bank of China). The fact that I was paid 30 million U.S. dollars in compensation and my judgment fees can be used as a basis for the accusations made by the court; the ban on the trial of this civil lawsuit reward case does not exist at all and is tenable. Instead, courts have historically dismissed simple and crude accusations even if



they interpreted the charges in a way that was favorable to the 'defendant'.

he also failed to present sufficient facts to invoke the court's subject matter jurisdiction under a specific statutory authority, a federal question, or under a specific statute on a federal question. or diversity jurisdiction. He failed to provide sufficient information to enable the court to determine the defendant's place of residence to ensure that his claims before the court had a basis. See swhanson v citibank n.evven if he is unlucky. Plaintiffs' allegations of confusion make their case a frivolous case that does not involve federal subject matter jurisdiction. chen 2023 wl 89250.28. For Thason, the plaintiff was dismissed without prejudice to the lack of subject matter jurisdiction. [Note] If the court refuses to continue hearing the case, I will 'appeal again' to the U.S. Supreme Court to finally decide this case. Litigation for

THE REASON (3)
- justice. plaintiff.
- Unbelievable macro observation to judge the changes in the development of the case
- Another premonition made me realize that China's judicial team was assisting the 'defendants' in organizing and writing these documents. Because they did not understand the truth and its contents, they wrote things that had nothing to do with me and turned the facts around. Attack me for their reasons. . It was also strange to see a video on the news of Finance Minister Orun carrying two backpacks and being warmly received in China. and different faces. It should also be noted. It should be noted that they were a pair in this case, and the "Axis of Evil" gang targeted me. Losing again and again, they wanted to intervene to devour me,

- but I was plotted against them; now I also find that they are using the 'gangster' and proletarian's 'philosophy' to 'lead' and 'steal' to achieve' the 'dirty police' who instigated them "jim Zhan " stole as much as 1200 billion from my "retirement fund" and falsely claimed that it would be used for the public. In fact, they used the stolen money as a "fund" and then used it to The basic forces teamed up with the judicial team to create "conspiracies" and "ghost schemes" and "weaved a large web" to "eat" me step by step. For the United States: This is not what they want. Of course, they just want someone to give

- them the best money, and they still care about "judicial notarization". They have lost even their family fortune on gambling. Shame on you? What president? , judicial officer, state civil servant, Moreover, it has recently been found that many judicial officials openly bribed the dirty policeman

- "jim Zhan " in order to avoid the losses caused by gambling, and used him to use the powerful computer system currently owned by China to cancel the gambling records in the computers of the courts associated with them through the Internet. Therefore, the purpose of 'defaulting': records of senior politicians, judicial officers, executives, and judges who used money to cancel their accounts have been found. If you can't afford to lose and can't afford to lose, why do you come to this world's 'gambling place'? It's really 'unbelievable'. They just want to use the power in their hands to cover up the fact of the 'crime'. Of course, we should also see that some royal families and foreign dignitaries create false images of death to achieve the purpose of "defaulting". now. It seems that the world is getting dirtier and dirtier.

- It is nothing more than unbridled gambling driven by greed, and an attempt to turn the tables on others and the general public. It is unimaginable for others to have sharp ears. Another premonition made me realize that China's judicial team was.

- 【no】 If the court is unwilling to continue to hear this case, I will "appeal again" to the US Supreme Court to make a final ruling on this civil case in order to seek justice. Plaintiff.

ZHENGDAO

Date: 6/13/24

Subscribed and sworn to before me
by Zhengdao Zhan
this 17th day of June 2024
at Chicago, County of Cook, State of Illinois.
Notary Public
07/15/2027
Date My Commission Expires

"OFFICIAL SEAL"
OJILVIA BAHENA-LUNA
Notary Public, State Of Illinois
My Commission Expires July 15, 2027
Commission No. 822837

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZHANGDAO ZHAN, et al., | ) |
| | ) |
| Plaintiff, | ) No. 24-cv-2688 |
| | ) |
| v. | ) Judge Jeffrey I. Cummings |
| | ) |
| COOK COUNTY PROPERTY TAX | ) |
| SPECIALISTS, | ) |
| | ) |
| Defendants. | ) |

### ORDER

This case has been assigned to the calendar of Judge Jeffrey I. Cummings. Plaintiff has filed an application to proceed in forma pauperis [3]. For the reasons set forth below, plaintiff's application [3] is denied, and this case is dismissed without prejudice. The Clerk's Office is directed to mail a copy of this order to plaintiff. Civil case terminated.

### STATEMENT

Upon review of an application to proceed in forma pauperis, the Court must dismiss an action that fails to state a claim on which relief may be granted. 28 U.S.C. §1915(e)(2)(B)(ii). It is well-settled that "[f]ederal courts are courts of limited jurisdiction and therefore have an obligation to inquire into their subject matter jurisdiction." *Razzi v. Nimler*, No. 5:14-CV-447-OC-22PRL, 2014 WL 5038337, at *2 (M.D.Fla. Oct. 8, 2014) (citing *Kirkland v. Midland Mortgage Co.*, 243 F.3d 1277, 1279-80 (11th Cir. 2001)). Indeed, "Federal courts at all levels must assure themselves of their . . . jurisdiction," and "[i]f a court lacks subject-matter jurisdiction, a ruling it issues on the merits is void." *Chen v. Yellen*, No. 22-2655, 2023 WL 8925038, at *1 (7th Cir. Dec. 27, 2023), *quoting Mathis v. Metro. Life Ins.*, 12 F.4th 658, 663–64 (7th Cir. 2021); *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006) ("Courts . . . have an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party."); *see also Evergreen Square of Cudahy v. Wis. Hous. & Econ. Dev. Auth.*, 776 F.3d 463, 465 (7th Cir. 2015).

"In a given case, a federal district court must have at least one of three types of subject matter jurisdiction: (1) jurisdiction under a specific statutory grant; (2) federal question jurisdiction pursuant to 28 U.S.C. §1331; or (3) diversity jurisdiction pursuant to 28 U.S.C. §1332(a)." *Baltin v. Alaron Trading Corp.*, 128 F.3d 1466, 1469 (11th Cir. 1997). "When a federal court concludes that it lacks subject-matter jurisdiction, the court must dismiss the complaint in its entirety." *Arbaugh*, 546 U.S. at 514. Furthermore, a complaint must include "a

short and plain statement of the claim showing that the pleader is entitled to relief." Fed.R.Civ.P. 8(a)(2). The short and plain statement must "give the defendant fair notice of what the claim is and the grounds upon which it rests." *Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 555 (2007) (citation omitted). The statement also must contain sufficient factual matter, accepted as true, to "state a claim to relief that is plausible on its face," which means that the pleaded facts must show there is "more than a sheer possibility that a defendant has acted unlawfully." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). When screening a *pro se* plaintiff's complaint, courts construe the plaintiff's allegations liberally. *Erickson v. Pardus,* 551 U.S. 89, 94 (2007) (per curiam). Courts must also "accept all well-pleaded facts as true and draw reasonable inferences in the plaintiff['s] favor." *Roberts v. City of Chicago*, 817 F.3d 561, 564 (7th Cir. 2016).

     Here, plaintiff purports to bring this action – which he classifies on his civil cover sheet as a personal injury case, (Dckt. #2) – against a business named "Cook County Property Tax Refund Specialists."[1] According to a letter attached to plaintiff's complaint, that company is an "Independent Non-Government Firm Specializing in Tax Reduction and Refunds." (Dckt. #1 at 4). As far as the Court can tell from plaintiff's complaint, defendant sent plaintiff that letter – which appears to be an unsolicited advertisement addressed to plaintiff (or "Current Resident") – advising him that he may have over-paid his taxes and may be entitled to a refund. (*Id.*). The letter further asserts that "a refund may be owed to you and . . . millions of dollars go unclaimed!" (*Id.*).

     Relying on this advertisement, plaintiff describes in his complaint three "payments" to which he seems to imply he is entitled to a refund. Though difficult to discern, those payments are: (1) a 2001 million dollar prize he received at a science exhibition; (2) a 2007 "payment" related to a case in the Northern District of Illinois about the "Asian Cup" football match; and (3) a "payment" related to a bet he made on the World Cup in South Africa. (Dckt. #1 at 1-2). Plaintiff demands that such payments should be returned to him "in full" and that "illegal and greedy groups" should demand the return of the assets "they have lost to the country." (*Id.* at 2).

     Even construing these allegations in *pro se* plaintiff's favor, he has failed to provide sufficient facts to invoke this Court's subject matter jurisdiction under either a specific statutory grant, a federal question, or diversity jurisdiction. To be sure, he cites no federal statutes under which his claims are brought (or any statutes for that matter), and he fails to provide sufficient information that would allow the Court to determine defendant's residency for purposes of diversity under 28 U.S.C. §1332(a). On the whole, plaintiff offers no facts that allow the Court to determine the basis of his claims in this Court. *See Swanson v. Citibank, N.A.*, 614 F.3d 400, 404 (7th Cir. 2010) (a complaint must "present a story that holds together"). And, even if he had, unfortunately, plaintiff's confusing allegations leave his case within "the narrow set of cases that are so frivolous as to not engage federal subject matter jurisdiction." *Chen*, 2023 WL 8925038, at *2.

     For these reasons, plaintiff's complaint is dismissed without prejudice for lack of subject matter jurisdiction. Plaintiff is free to seek leave to re-open this case if he believes he can file an

---

[1] On April 12, 2024, plaintiff filed a "Joint Consent to Exercise Jurisdiction by a United States Magistrate Judge." (Dckt. #6). However, that consent form is signed only by the plaintiff and thus does not confer jurisdiction on the assigned Magistrate Judge under 28 U.S.C. §636(c).

amended complaint asserting a proper basis for the Court's subject matter jurisdiction. Civil case terminated.

**Date: May 17, 2024**

_[signature: Jeff Cummings]_

**Jeffrey I. Cummings**
**United States District Court Judge**

APPEAL,COLE,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:24-cv-02688

Zhan v. Cook County Property Tax Refund Specialists  
Assigned to: Honorable Jeffrey I Cummings  
Cause: 26:7422 IRS: Refund Taxes

Date Filed: 04/03/2024  
Date Terminated: 05/17/2024  
Jury Demand: Plaintiff  
Nature of Suit: 330 P.I.: Federal Employer's Liability  
Jurisdiction: Federal Question

**Plaintiff**

**Zhangdao Zhan**    represented by   **Zhangdao Zhan**  
3548 S. Halsted St.  
Chicago, IL 60616  
312-493-4763  
PRO SE

V.

**Defendant**

**Cook County Property Tax Refund Specialists**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2024 | 1 | RECEIVED Complaint and no copies by Zhangdao Zhan. (Exhibits) (Received at the Intake Counter on 4/3/24.) (ph, ) (Entered: 04/04/2024) |
| 04/03/2024 | 2 | CIVIL Cover Sheet. (Received at the Intake Counter on 4/3/24.) (ph, ) (Entered: 04/04/2024) |
| 04/03/2024 | 3 | APPLICATION by Plaintiff Zhangdao Zhan for leave to proceed in forma pauperis. (Received at the Intake Counter on 4/3/24.) (ph, ) (Entered: 04/04/2024) |
| 04/03/2024 | 4 | PRO SE Appearance by Plaintiff Zhangdao Zhan. (Received at the Intake Counter on 4/3/24.) (ph, ) (Entered: 04/04/2024) |
| 04/03/2024 |   | CASE ASSIGNED to the Honorable Jeffrey I Cummings. Designated as Magistrate Judge the Honorable Jeffrey Cole. Case assignment: Random assignment. (Civil Category 3). (ph, ) (Entered: 04/04/2024) |
| 04/04/2024 |   | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties |

| | | |
|---|---|---|
| | | must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (ph, ) (Entered: 04/04/2024) |
| 04/04/2024 | | MAILED copy of the Clerk's Notice entry along with the Joint Consent Form to Plaintiff Zhangdao Zhan. (ph, ) (Entered: 04/04/2024) |
| 04/12/2024 | 6 | JOINT CONSENT to Exercise of Jurisdiction by a United States Magistrate Judge. (ph, ) (Entered: 04/12/2024) |
| 05/17/2024 | 7 | ORDER: This case has been assigned to the calendar of Judge Jeffrey I. Cummings. Plaintiff hasfiled an application to proceed in forma pauperis 3 . For the reasons set forth below, plaintiff'sapplication 3 is denied, and this case is dismissed without prejudice. The Clerk's Office isdirected to mail a copy of this order to plaintiff. Civil case terminated. Signed by the Honorable Jeffrey I Cummings on 5/17/2024. Mailed notice (cc, ) (Entered: 05/17/2024) |
| 05/20/2024 | | MAILED copy of order 7 to Plaintiff. (emc, ) (Entered: 05/20/2024) |
| 06/17/2024 | 8 | NOTICE of appeal by Zhangdao Zhan regarding orders 7 . (Received at the Intake Counter on 6/17/24.) (ph, ) (Entered: 06/18/2024) |
| 06/18/2024 | 9 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 8 . (ph, ) (Entered: 06/18/2024) |
| 06/18/2024 | 10 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 8 . Notified counsel (ph, ) (Entered: 06/18/2024) |